# Court of Appeals
# of the State of Georgia

ATLANTA,   October 06, 2015

*The Court of Appeals hereby passes the following order:*

**A16E0011.   LANA R. RICHARD v. PUBLIC STORAGE, A MARYLAND REAL ESTATE INVESTMENT TRUST**

Appellant's Motion for Extension of Time to File Notice of Appeal is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   10/06/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*